UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARRYL L. JONES,<br><br>                    Petitioner,<br>   v.<br>ADAM LAXALT, et al.,<br><br>                    Respondents. | Case No. 2:16-cv-01990-GMN-PAL<br><br>ORDER |

Darryl L. Jones submitted an incomplete application to proceed *in forma pauperis*, but failed to submit a petition or complaint of any kind. Accordingly, this matter has not been properly commenced and must be dismissed. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

**IT IS THEREFORE ORDERED** that this improperly commenced action is **DISMISSED.**

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: 13 October 2016.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1